AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

MAEOLA GOLDTHRIP, and
VICKEY GOLDTHRIP

*Plaintiff(s)*

v.

DePUY ORTHOPAEDICS, INC.

*Defendant(s)*

Civil Action No. 15-00651-B

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Depuy Orthopaedics, Inc.
CT Corporation System, Registered Agent
120 South Central Avenue
Clayton MO 63105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Adam Chavez
Chavez Law firm, LLC.
420 20th Street North, Suite 2200
Birmingham AL 35203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHARLES R. DIARD, JR.
*CLERK OF COURT*

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF ALABAMA ·

Date: 2/17/16

Maria Payne
*Signature of Clerk or Deputy Clerk*

Case 2:15-cv-00651-KD-B Document 7 Filed 02/26/16 Page 2 of 6

Civil Action No. 15-00651-B

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Depuy Orthopaedics c/o Ct. Corp. was received by me on *(date)* 2/18/2016.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Bonnie Love, Adm for CT Corp., who is designated by law to accept service of process on behalf of *(name of organization)* Depuy Orthopaedics c/o CT Corp on *(date)* 2/19/2016 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 50.00 for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: 2/19/2016

[signature]
*Server's signature*

Tim Moore, Process Server
*Printed name and title*

6614 Clayton Rd. Suite 311
St. Louis MO 63117
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **Case:** 15-00651-B. | **Court:** UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA | **County:** , AL | **Job:** 784755 (goldthrip vs depuy) |
| **Plaintiff / Petitioner:** MAEOLA GOLDTHRIP AND VICKEY GOLDTHRIP | | **Defendant / Respondent:** DEPUY ORTHOPAEDICS, INC. | |
| **Received by:** Pro Serve | | **For:** CHAVEZ LAW FIRM LLC | |
| **To be served upon:** DEPUY ORTHOPAEDICS, INC. | | | **Court Date:** Mar 19, 2016 |

I, Tim Moore, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** DEPUY ORTHOPAEDICS, INC. care of Bonnie Love , CT CORPORATION SYSTEM, REGISTERED AGENT 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105

**Manner of Service:** Registered Agent, Feb 19, 2016, 2:12 pm CST

**Documents:** SUMMONS IN A CIVIL ACTION AND COMPLAINT (Received Feb 18, 2016 at 3:41pm CST)

**Additional Comments:**
Received by DEPUY ORTHOPAEDICS, INC. care of Bonnie Love at CT CORPORATION SYSTEM, REGISTERED AGENT 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105

Tim Moore

2/19/2016
**Date**

Tracy Tunell
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis City
My Commission Expires 12/3/2016
Commission #12695818

TT 2/19/16

Pro Serve
6614 Clayton Rd 311
St. Louis, Mo 63117
314 961-2222

Case 2:15-cv-00651-B Document 6 Filed 02/17/16 Page 3 of 6

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

| | |
|---|---|
| MAEOLA GOLDTHRIP, and VICKEY GOLDTHRIP<br>*Plaintiff(s)*<br>v.<br>JOHNSON AND JOHNSON<br>*Defendant(s)* | Civil Action No. 15-00651-B |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Johnson and Johnson
Douglass Chia, Registered Agent
One Johnson and Johnson Plaza
New Brunswick NJ 08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Adam Chavez
Chavez Law firm, LLC.
420 20th Street North, Suite 2200
Birmingham AL 35203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHARLES R. DIARD, JR.
*CLERK OF COURT*

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF ALABAMA

Date: 2/17/16

Maria Payne
*Signature of Clerk or Deputy Clerk*

Case 2:15-cv-00651-B Document 5 Filed 02/17/16 Page 4 of 6

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-00651-B

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

❒ I personally served the summons on the individual at *(place)*

on *(date)* ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* Nicole Arello, Paralegal, who is designated by law to accept service of process on behalf of *(name of organization)* Johnson & Johnson on *(date)* 2/19/16 @ 2:13pm.

❒ I returned the summons unexecuted because ; or

❒ Other *(specify)*:
Address for Service: One Johnson & Johnson Plaza
New Brunswick NJ 08933

My fees are $ 0.00 for travel and $ 60.00 for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: 2/26/16

[signature]
*Server's signature*

James Swickle, Process Server
*Printed name and title*

P.O. Box 88
Somerville NJ 08876
*Server's address*

Additional information regarding attempted service, etc:

Nicole Arello - Description: white, female, 30+ yoa
5'4", 120lbs, brown hair

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF ALABAMA

**CASE NO.: 2:15-cv-00651-B**
**Date Filed: 00/00/0000**

**AFFIDAVIT OF SERVICE**

**Maeola Goldthrip, and Vickey Goldthrip**

Plaintiff/Petitioner,

vs.

**DePuy Orthopaedics, Inc and Johnson and Johnson**

Defendant/Respondent.

______________________________________/

State of New Jersey
County of Somerset ss.

I, **James Swickle**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action

On **02/19/2016** at **02:13 PM**, I served the within **SUMMONS IN A CIVIL ACTION; COMPLAINT PRODUCTS LIABILITY** on **Johnson and Johnson – Douglass Chia, Registered Agent** at **One Johnson and Johnson Plaza , New Brunswick, NJ 08933** in the manner indicated below:

By delivering a true copy of this process to **Nicole Arello, Paralegal** of the above named corporation and informing him/her of the contents.

Description of person served:
**Sex: Female – Age: 30's – Skin: White – Hair: Brown – Height: 5'4 – Weight: 120**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this 22 day of February, 2016 by an affiant who is personally known to me or produced identification.

Suzanne Weingartner
NOTARY PUBLIC

SUZANNE WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/4/2018

X ______________________
James Swickle - Process Server
J &K Investigative Services Inc
P.O. Box 88
Somerville, NJ 08876
908-707-1900

Atty File#: - Our File# 67642