# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I. TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: Maeola Goldthrip, et al vs DePuy Orthopaedics, Inc., et al

District Court No.: Southern Date Notice of Appeal Filed: 06/10/16 Court of Appeals No.: 16-14002-A (If Available)

CHOOSE ONE: ☑ No hearing ☐ No transcript is required for appeal purposes ☐ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☐ Other | | | |

### METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: ____

Name of Firm: ____

Street Address/P.O. Box: ____

City/State/Zip Code: ____ Phone No. : ____

*I certify that I have completed and filed PART I with the District Court Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, mailed a filed copy to the Court of Appeals Clerk and served all parties.*

DATE: 06/29/16 SIGNED: [signature] Attorney for: Plaintiff / Appellant

## PART II. COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received: ____

☐ Satisfactory arrangements for paying the cost of the transcript were completed on: ____

☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: ____ Estimated no. of transcript pages: ____ Estimated filing date: ____

DATE: ____ SIGNED: ____ Phone No. : ____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): ____

Actual No. of Volumes and Hearing Dates: ____

Date: ____ Signature of Court Reporter: ____

## CERTIFICATE OF SERVICE

This is to certify that I, John Adam Chavez, Attorney for Plaintiffs, have this day served a true and correct copy of the foregoing, ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM, by filing electronically with the Clerk of the Court using the CM/ECF system (which automatically sends a notification and a copy of the filing) and or also by mailing same in the United States Postal Service with sufficient postage affixed to ensure proper delivery, addressed to the following:

Joseph P. H. Babington
Helmsing, Leach, Herlong, Newman & Rouse P.C.
PO Box 2767
Mobile AL 36652
(251) 432-5521 phone
(251) 432-0633 fax

Joseph G. Eaton
Oni N. Harton
Barnes & Thormburg LLP
11 South Meridian Street
Indianapolis IN 46204
(317) 236-1313 phone
(317) 231-7433 fax

Samuel C. Rosten
150 Government St., Suite 2000
Mobile AL 36602
(251) 432-5521 phone

This ____1st__ day of _July_, 2016.

CHAVEZ LAW FIRM, LLC.
420 20TH Street North, Suite 2200
Birmingham AL 35203
205-379-1043 (o) 205-389-1001 (f)
adam@chavez.com

By____________________________
John Adam Chavez
Alabama bar No.: 4730-B65F