IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAEOLA GOLDTHRIP and VICKIE GOLDTHRIP,<br>    Plaintiffs,<br><br>v.<br>DEPUY ORTHOPAEDICS, INC.<br>and JOHNSON and JOHNSON<br>    Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION 15-00651-KD-B<br>)<br>)<br>) |

## JUDGMENT

Upon consideration of the Court's findings in its previous Order (Doc. 33), as well as the Court's Order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows: Defendant Depuy Orthopaedics' Motion for Summary Judgment as to all claims against it is **GRANTED** as follows: **JUDGMENT** is entered against the Plaintiffs and in favor of Defendant Depuy Orthopaedics.

The Court expressly determines that there is no just reason for delay and therefore the foregoing judgment is a final judgment as to Defendant Depuy Orthopaedics and the Clerk is directed to enter this Order as a final judgment pursuant to Federal Rule of Civil Procedure 54(b).

**DONE** and **ORDERED** this **27**th day of **July 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**