IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAEOLA GOLDTHRIP, *et al.*, : | |
|    Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION 15-00651-KD-B |
| : | |
| JOHNSON AND JOHNSON, : | |
|    Defendant. : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 8, 2016, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Defendant's motion to dismiss (Doc. 19) is **GRANTED** as personal jurisdiction is lacking.

**DONE** and **ORDERED** this the **28th** day of **December 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**